### United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08v1768               Assigned/Issued By: j. n.

Judge Name: hibbler              Designated Magistrate Judge: cox

---

**FEE INFORMATION**

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
             [ ] IFP       [ ] No Fee   [ ] Other _____
             [ ] $455.00

Number of Service Copies _____      Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350                Receipt #: 2645753

Date Payment Rec'd: 3-26-08     Fiscal Clerk: j. n.

---

**ISSUANCES**

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   
                                         *(Victim, Against and $ Amount)*
[ ] Citation to Discover Assets          
                                         [ ] Other
[ ] Writ _____          
    *(Type of Writ)*                     *(Type of issuance)*

1  Original and  0  copies on  3/27/08  as to  defendant
                               *(Date)*