PDF NOT LEGIBLE, DELETED