UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Donna Brazis

                        Plaintiff,

v.
                                                    Case No.:
                                                    1:08−cv−01768

                                                    Honorable William J. Hibbler

Washington and Jane Smith Community – Beverly

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, June 4, 2008:

      MINUTE entry before the Honorable William J. Hibbler: Status hearing to set discovery schedule set for 6/18/2008 at 09:30 AM. Mailed notice (jdh)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.