IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DONNA BRAZIS,** | |
| Plaintiff, | No. 08 CV 1768 |
| v. | Hon. William J. Hibbler<br>Judge Presiding |
| **WASHINGTON AND JANE SMITH COMMUNITY - BEVERLY, d/b/a SMITH VILLAGE,** | |
| Defendant. | Magistrate J. Cox |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY stipulated by and between the Plaintiff, DONNA BRAZIS, by her attorney, LISA KANE of LISA KANE & ASSOCIATES, P.C., and Defendant, WASHINGTON AND JANE SMITH COMMUNITY - BEVERLY, d/b/a SMITH VILLAGE, by its attorney, ANNETTE TYMAN of SEYFARTH SHAW LLP, that this case be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all parties to bear their own costs and fees.

Dated: July 2, 2008

| | |
|---|---|
| DONNA BRAZIS, | WASHINGTON AND JANE SMITH COMMUNITY - BEVERLY, d/b/a SMITH VILLAGE, |
| By /s/ Lisa Kane | By /s/Annette Tyman |
| LISA KANE | ANNETTE TYMAN |
| LISA KANE & ASSOCIATES, P.C. | SEYFARTH SHAW LLP |
| Attorney for Plaintiff | Attorney for Defendant |
| 120 South LaSalle Street | 131 S. DEARBORN STREET, SUITE 2400 |
| Suite 1420 | CHICAGO, ILLINOIS 60603-5577 |
| Chicago, Illinois 60603 | (312) 460-5000 |
| (312) 606-0383 | |
| ATTORNEY CODE NO. 06203093 | |