IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DONNA BRAZIS,** | |
| Plaintiff, | No. 08 CV 1768 |
| v. | Hon. William J. Hibbler<br>Judge Presiding |
| **WASHINGTON AND JANE SMITH COMMUNITY - BEVERLY, d/b/a SMITH VILLAGE,** | |
| | Magistrate J. Cox |
| Defendant. | |

## NOTICE OF FILING

TO:  Ian H. Morrison, Esquire
     Annette Tyman, Esquire
     Seyfarth Shaw LLP
     131 South Dearborn Street, Suite 2400
     Chicago, IL 60603-5577

      Please take notice that the 2nd day of July, 2008, the Stipulation of Dismissal with Prejudice was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, a copy of which is attached hereto.

                                            /s/ Lisa Kane
                                              Lisa Kane

LISA KANE & ASSOCIATES, P.C.
120 South LaSalle Street
 Suite 1420
Chicago, Illinois 60603
(312) 606-0383
Attorney Code No. 06203093

## PROOF OF SERVICE

I, an attorney, hereby certify that I caused the above and foregoing Notice of Filing to be served upon those persons to whom said Notice is directed, via ECF, this 2nd day of July, 2008, before the hour of 5:00 P.M.

                                            /s/ Lisa Kane